IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:22-cv-00162-FL

| LILLIAN VINSON, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| KILOLO KIJAKAZI, Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the Court based on Plaintiff's Memorandum in Support of Motion for Judgment on the Pleadings and the parties' joint motion for remand under sentence four of 42 U.S.C. § 405(g) and 1383(c)(3) and remands the case to the Commissioner for further proceedings that will result in an award of benefits. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 23rd day of March, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge

1